**SEALED**

**FILED**

**March 30, 2026**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:26-MJ-328-BK |
| LONTRELL WILLIAMS JR. (01)<br>LONTRELL WILLIAMS SR. (02)<br>RODNEY WRIGHT JR. (03)<br>DEMARCUS GLOVER (04)<br>DARRION MCDANIEL (05)<br>TERRANCE RODGERS (06)<br>KORDAE JOHNSON (07)<br>KEDARIUS WATERS (08)<br>DAMARIAN GIPSON (09) | |

## MOTION FOR DETENTION AND
## MOTION TO CONTINUE DETENTION HEARING

The United States moves for pretrial detention of defendants, **Lontrell Williams Jr., Lontrell Williams Sr., Rodney Wright, Jr., Demarcus Glover, Darrion McDaniel, Terrance Rodgers, Kordae Johnson, Kedarius Waters,** and **Damarian Gipson**, pursuant to 18 U.S.C. § 3142(e) and (f).

1.    Eligibility of Case.   This case is eligible for a detention order because the case involves (check all that apply):

_____ Crime of violence (18 U.S.C. § 3156);

  X   Maximum sentence life imprisonment or death;

_____ 10 + year drug offense;

_____ Felony, with two prior convictions in above categories;

  X   Serious risk defendant will flee;

**Motion for Detention - Page 1**

_____ Serious risk obstruction of justice;

_____ Felony involving a minor victim;

__X__ Felony involving a firearm, destructive device, or any other

dangerous weapon; or

_____ Felony involving a failure to register (18 U.S.C. § 2250).

2.      Reason for Detention:  The Court should detain defendant because there are

no conditions of release which will reasonably assure (check one or both):

__X__ Defendant's appearance as required;

__X__ Safety of any other person and the community

3.      Rebuttable Presumption:  The United States will invoke the rebuttable

presumption against defendant because (check all that apply):

_____ Probable cause to believe defendant committed 10+ year drug

offense or firearms offense, 18 U.S.C. § 924(c);

_____ Probable cause to believe defendant committed a federal crime of

terrorism, 18 U.S.C. § 2332b(g)(5);

_____ Probable cause to believe defendant committed an offense involving

a minor, 18 U.S.C. §§ 1201 and 2251; or

_____ Previous conviction for "eligible" offense committed while on

pretrial bond.

**Motion for Detention - Page 2**

4. <u>Time for Detention Hearing</u>:  The United States requests the Court conduct the detention hearing,

    \_\_\_\_\_ At first appearance

    \_X\_ After continuance of \_\_3\_\_ days (not more than 3).

**Motion for Detention - Page 3**

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

 _s/ Robert Withers_____
ROBERT WITHERS
Assistant United States Attorney
Texas Bar No. 24072758
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Robert.Withers@usdoj.gov

**Motion for Detention - Page 4**