AO 442 (Rev. 11/11) Arrest Warrant

SEALED

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

FILED-USDC-NDTX-DA
'26 APR 2 PM 3:04

LM

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   3:26-MJ-328-BK |
| **Lontrell Williams, Jr. (01)** | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Lontrell Williams, Jr. _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☑ Complaint

❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §         Kidnapping; Conspiracy to commit kidnapping
1201(a) and
(c)

Date:     03/30/2026 2:23 pm                                     *Issuing officer's signature*

City and state:   _ Dallas, Texas                    RENÉE HARRIS TOLIVER, U.S. Magistrate Judge
                                                          *Printed name and title*

---

### Return

This warrant was received on *(date)*  4-1-26  , and the person was arrested on *(date)*  4-1-26
at *(city and state)*  Dallas, Texas  .

Date:  4-1-26                                     _____
                                                          *Arresting officer's signature*

                                                     SUSAN THOMAS
                                                          *Printed name and title*

FBI                                                                          11187753