**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| *Plaintiff* | § |
| | § |
| | § |
| v. | §    Case No. 3:26-mj-00328-BK-1 |
| | § |
| | § |
| LONTRELL WILLIAMS, JR. | § |
| *Defendant* | § |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)


**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Cohen & McMullen, P.A.                                            , with offices at

1132 SE 3rd Avenue
(Street Address)

Fort Lauderdale                         Florida            33316
(City)                                  (State)            (Zip Code)

(954) 523-7774                          (954) 523-2656
(Telephone No.)                         (Fax No.)


**II.**    Applicant will sign all filings with the name  Bradford Cohen, Esq.                          .


**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Lontrell Williams, Jr.




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____Florida_____, where Applicant regularly practices law.

Bar license number: _118176_____    Admission date: _09/25/1997_____

> For Court Use Only.
> Bar Status Verified:
>
> _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| Florida | 1997 | Active |
| New York | 2015 | Active |
| Washington, DC | 2014 | Active |
| California | 2023 | Pro Hac Vice |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:            Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.**     Local counsel of record associated with Applicant in this matter is

John Helms, Esq.                                                                         , who has offices at

8100 John W. Carpenter Freeway, Suite 200
(Street Address)

Dallas                                          Texas                   75244
(City)                                          (State)                  (Zip Code)

(469) 951-8496                                  (972) 330-2449
(Telephone No.)                                 (Facsimile No.)

**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

☐ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☑ Applicant has read and will comply with the local criminal rules of this court.

**XII.**     Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the     6th     day of April                                    , 2026         .

Bradford Cohen
Printed Name of Applicant

/s/ Bradford Cohen, Esq.
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# *Bradford Michael Cohen*

*was duly qualified and admitted on May 16, 2014 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on April 06, 2026.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*