IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | NO. 3:26-MJ-328-BK |
| v. | | |
| RODNEY WRIGHT JR. (03) | | |

### GOVERNMENT'S AMENDED NOTICE OF MOTION AND REQUEST TO STAY PRETRIAL RELEASE ORDER

The United States of America (the "government") hereby gives notice, pursuant to 18 U.S.C. § 3145, that it will move this Court to revoke the order of United States Magistrate Annie T. Christoff releasing defendant Rodney Wright Jr. on pretrial conditions.  The government further requests that this Court extend the stay of Judge Annie T. Christoff's release order until such time as the motion can be heard and order the United States Marshal's Service to transport the defendant to the Dallas Division of the Northern District of Texas forthwith.

On March 30, 2026, the defendant was charged by criminal complaint in the Northern District of Texas with possession with kidnapping in violation of 18 U.S.C. § 1201(a) and (c). (Dkt. 1.)  The defendant was arrested in the Western District of Tennessee and made his initial appearance on the same day.  The government moved to detain the defendant pending trial.  (Dkt. 6.)  A hearing on the government's motion was held before Judge Christoff on April 3, 2026 and continued to April 6, 2026 in cause number 2:26-MJ-0007.  At the conclusion of the hearing, Judge Christoff issued an order

**Government's Notice of Motion and**
**Request for Stay of Pretrial Release Order—Page 1**

setting conditions of pretrial release.  At the government's request, Judge Christoff stayed the issuance of the pretrial release order until 5:00 p.m. on April 7, 2026.

The government respectfully requests a further stay of Judge Christoff's pretrial release order until such time as the motion to revoke the order can be heard.  This request is made in light of the seriousness of the defendant's offense conduct, his criminal history, and the potential danger that the defendant poses to the community.   The government proposes to file its brief in support of the motion to revoke the pretrial release order as soon as possible, but no later than April 13, 2026.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

   /s/ Robert Withers
ROBERT WITHERS
Assistant United States Attorney
Texas Bar No. 24072758
CLAIRE E. DEMERS
Assistant United States Attorney
Texas Bar No. 24132238
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Robert.Withers@usdoj.gov
         Claire.Demers@usdoj.gov

**Government's Notice of Motion and**
**Request for Stay of Pretrial Release Order—Page 2**