IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | NO. 3:26-MJ-328-BK |
| v. | | |
| RODNEY WRIGHT JR. (03) | | |

### ORDER ON GOVERNMENT'S AMENDED
### REQUEST TO STAY PRETRIAL RELEASE ORDER

Before the Court is the Government's Amended Notice of Motion and Request to Stay Pretrial Release Order (Doc. No. 20) and additional attachment (Doc. No. 21) (together, the "Notice"). The Government states that it intends to file a motion to revoke the order releasing Defendant Lontrell Williams, Sr. ("Defendant") on pretrial conditions. Doc. No. 20 at 1. The Government asks the Court to stay the release order until its motion to revoke can be decided. *Id.* Having carefully considered the Notice, the Court **GRANTS** the Government's request to stay the pretrial release order.

On March 30, 2026, Defendant was charged by criminal complaint in the Northern District of Texas with kidnapping in violation of 18 U.S.C. § 1201(a) and (c). *See generally* Doc. No. 1. Defendant was arrested in the Western District of Tennessee and, on that same day, made his initial appearance before the United States Magistrate Judge in case number 2:26-MJ-0007 (W.D. Tenn.). The Government moved to detain Defendant pending trial. Doc. No. 6. A hearing on the detention motion was held by that Magistrate Judge on April 3, 2026, and then continued to

**Order Granting Stay—Page 1**

April 6, 2026, after which the Magistrate Judge issued an order setting conditions of release (the "Release Order") for Defendant.  *See* Doc. No. 21; 2:26-MJ-0007 (W.D. Tenn.), Doc. No. 38.

The Court **ORDERS** that the Release Order as to Defendant Rodney Wright Jr. is **STAYED** until such time as this Court determines the Government's motion to revoke the Release Order or until otherwise ordered by the Court.

The Court further **ORDERS** the United States Marshal's Service to transport Defendant Rodney Wright Jr. **forthwith** to the Dallas Division of the Northern District of Texas, where he shall remain in custody pending further order of this Court.

The Government shall file its motion to revoke **by April 13, 2026**.  Defendant shall file his response **by April 20, 2026**.

**SO ORDERED.**

Signed April 7th, 2026.

_Ed Kinkeade_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE