Query    Reports    Utilities    Help    What's New    Log Out

# U.S. District Court
## Western District of Tennessee (Memphis)
## CRIMINAL DOCKET FOR CASE #: 2:26-mj-00007-atc-2

Case title: USA v. Williams Sr et al          Date Filed: 04/01/2026

Other court case number: 3:26-mj-328BK Northen District of
                         Texas

Assigned to: Magistrate Judge Annie T.
Christoff

**Defendant (2)**

**Rodney Wright Jr.**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| **United States of America** | represented by | **Gregory Wagner** |
|---|---|---|
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

Email Attorneys, Primary Addresses
Email Attorneys, Primary and Secondary Addresses

Case 3:26-mj-00328-BK     Document 25     Filed 04/08/26     Page 2 of 20     PageID 134

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2026 | 1 | RULE 5 DOCUMENTS as to Lontrell Williams Sr, Rodney Wright Jr., Darrion McDaniel, Kordae Johnson, Damarian Gipson. Signed by Magistrate Judge Annie T. Christoff on 04/01/2026. (vup) (Entered: 04/01/2026) |
| 04/01/2026 | 3 | Arrest Warrant Returned Executed on 04/01/2026 as to Rodney Wright Jr. (vup) (Entered: 04/02/2026) |
| 04/01/2026 | 7 | Minute Entry for proceedings held before Magistrate Judge Annie T. Christoff: Initial Appearance on complaint in Rule 5 Proceedings as to Lontrell Williams Sr, Rodney Wright Jr., Darrion McDaniel, Kordae Johnson, Damarian Gipson held on 4/1/2026. Greg Wagner appeared for the Government. Government's Oral Motion to unseal case is Granted. Justin Gee appeared for Lontrell Williams Sr on behalf of Howard Waggerman. Federal Defender appeared for Damarian Gipson and all others in Limited capacity. Defendants in custody and present in court. The Court read the charges to the defendants and advised them of their rights. Lontrell Williams Sr. retained Howard Waggerman. Defendant Damarian Gipson's request for court appointed counsel is granted. The Court appointed the FPD to Damarian Gipson and CJA counsel Genna Lutz to Darrion McDaniel. Defendant's Rodney Wright and Kordae Johnson notified the court they would retain counsel. Government seeks detention. ID/ Removal/PC/ Detention Hearing set for Friday, 4/3/2026 at 2:00 PM in Courtroom 5 - Memphis before Magistrate Judge Annie T. Christoff.. Temporary Order of Detention entered. Defendants remanded into the custody of the USM. (Tape #JVR.) (vup) (Entered: 04/02/2026) |
| 04/01/2026 |  | Case unsealed as to Lontrell Williams Sr, Rodney Wright Jr., Darrion McDaniel, Kordae Johnson, Damarian Gipson. (vup) (Entered: 04/02/2026) |
| 04/01/2026 | 13 | TEMPORARY ORDER OF DETENTION as to Lontrell Williams Sr, Rodney Wright Jr., Darrion McDaniel, Kordae Johnson, Damarian Gipson ID/REMOVAL/PC/ DETENTION HEARING set for Friday, 4/3/2026 at 2:00 PM in Courtroom 5 - Memphis before Magistrate Judge Annie T. Christoff. Signed by Magistrate Judge Annie T. Christoff on 4/1/2026. (vup) (Entered: 04/02/2026) |
| 04/02/2026 | 16 | PRETRIAL SERVICES REPORT as to Rodney Wright Jr.. (Dunnam, Summer) (Entered: 04/02/2026) |
| 04/03/2026 | 34 | Minute Entry for proceedings held before Magistrate Judge Annie T. Christoff: ID/ Removal/ PC/ Detention Hearing as to Rodney Wright Jr., Darrion McDaniel, Damarian Gipson held on 4/3/2026. Greg Wagner appeared for the Government. Murray Wells appeared on behalf of Mr. Wright, Jenna Lutz as to Mr. McDaniel, and Mary Catherine Jermann Robinson as to Mr. Gibson. Defendant in custody and present in court. Defense counsel waived matter of Identity as to Wright, McDaniel and Gibson. The court heard witnesses and testimony as to Lontrell Williams Sr and found probable cause on all Defendants excluding Kordae Johnson. Removal/PC/ Detention Hearing continued for Monday 4/6/2026 at 2:00 PM in Courtroom 5 - Memphis before Magistrate Judge Annie T. Christoff. Temporary Order of Detention entered. Defendant remanded into the custody of the USM. (Tape #JVR.) (vup) (Entered: 04/07/2026) |
| 04/03/2026 | 38 | TEMPORARY ORDER OF DETENTION as to Rodney Wright Jr., Darrion McDaniel, Damarian Gipson Removal/ PC/ Detention Hearing set for Monday, 4/6/2026 at 2:00 PM in Courtroom 5 - Memphis before Magistrate Judge Annie T. Christoff. Signed by Magistrate Judge Annie T. Christoff on 4/3/2026. (vup) (Entered: 04/07/2026) |

| 04/06/2026 | 40 | Minute Entry for proceedings held before Magistrate Judge Annie T. Christoff: REMOVAL/PC/ Detention Hearing as to Rodney Wright Jr. held on 4/6/2026. Greg Wagner appeared for the Government. Arthur Horne and Murray Wells appeared for the Defense. Defendant in custody and present in court. The court previously found probable cause on all defendants 4/6/2026. Governments proof/sworn witnesses: None. Exhibits entered #2 Defendants proof/sworn witnesses: Rodney Wright Sr, father and Kemario Brown, Employer. At the conclusion of the hearing, the court granted Bail. BRA explained and signed. Bond set at $10,000.00 TO BE SECURED by a $1000.00 Cash Deposit Paid to the Clerk of the Court. The Government motioned for a stay in the case. The Court Granted the stay in the case until 4/7/26 5:00 CST. Order Transferring Bail entered. (Tape #JVR.) (vup) (Entered: 04/07/2026) |
| --- | --- | --- |
| 04/06/2026 | 42 | ORDER Setting Conditions of Release as to Rodney Wright Jr. (2) $100000.00 @ 10% $10,000.00. Signed by Magistrate Judge Annie T. Christoff on 4/6/2026. (vup) (Entered: 04/07/2026) |
| 04/06/2026 | 44 | ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Rodney Wright Jr.. Signed by Magistrate Judge Annie T. Christoff on 4/6/2026. (vup) (Entered: 04/08/2026) |
| 04/06/2026 | 46 | RULE 5 LETTER as to Rodney Wright Jr.. Signed by Magistrate Judge Annie T. Christoff on 4/6/2026. (vup) (Entered: 04/08/2026) |
| 04/07/2026 | 39 | APPEARANCE Cash Bond Entered as to Rodney Wright Jr in amount of $ 100,000.00 secured by $10,000.00 cash deposit paid to the Clerk of Court, Receipt # 200008724. (dc) (Main Document 39 replaced on 4/8/2026) (dc). (Entered: 04/07/2026) |
| 04/07/2026 | 43 | NOTICE *of NORTHERN DISTRICT OF TEXAS'S DECISION TO STAY RELEASE ORDER OF RODNEY WRIGHT, JR.* by United States of America as to Lontrell Williams Sr, Rodney Wright Jr., Darrion McDaniel, Kordae Johnson, Damarian Gipson (Attachments: # 1 Exhibit Release Stay Order)(Wagner, Greg) (Entered: 04/07/2026) |
| 04/07/2026 | 61 | EXHIBIT LIST as to Lontrell Williams Sr, Rodney Wright Jr., Darrion McDaniel, Kordae Johnson, Damarian Gipson. (vup) (Entered: 04/08/2026) |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

**UNITED STATES OF AMERICA**

**Case No  :    2:26-mj-00007-atc**

**-vs-**

**Lontrell Williams Sr**
**Rodney Wright Jr.**
**Darrion McDaniel**
**Kordae Johnson**
**Damarian Gipson,**

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING[1] PURSUANT TO**
**BAIL REFORM ACT**

Upon    motion    of    the    Government,    it    is    **ORDERED**    that    a    **ID/ REMOVAL/PC/DETENTION HEARING set** for **FRIDAY, APRIL 3, 2026, at 2:00 p.m. CTR# 5 before United States Magistrate Judge ANNIE T. CHRISTOFF.**

Pending this hearing, the defendants shall be held in custody by the United States Marshal and produced for the hearing.

Date: April 1, 2026.

s/ Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

---

[1]If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant.  18 U.S.C. ' 3142(f)(2).
        A hearing is required whenever the conditions set forth in 18 U.S.C. ' 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

**UNITED STATES OF AMERICA**

-vs-

**Case No  : 2:26-mj-00007-atc-**

**Rodney Wright Jr**
**Darrion McDaniel**
**Damarian Gipson,**

_____

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING[1] PURSUANT TO**
**BAIL REFORM ACT**

**Upon motion of the Government, it is ORDERED that a REMOVAL/PC/DETENTION HEARING set for MONDAY, APRIL 6, 2026, at 2:00 p.m. CTR# 5 before United States Magistrate Judge ANNIE T. CHRISTOFF.** Pending this hearing, the defendants shall be held in custody by the United States Marshal and produced for the hearing.

Date: April 3, 2026.

s/ Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant.  18 U.S.C. ' 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. ' 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No.  2:26-mj-00007-atc-2 |
| Rodney Wright Jr. | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Rodney Wright Jr. _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )   to appear for court proceedings;

( X )   if convicted, to surrender to serve a sentence that the court may impose; or

( X )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( )   (1)   This is a personal recognizance bond.

( )   (2)   This is an unsecured bond of $ _____ _____ .

( X )   (3)   This is a secured bond of $  100,000.00 _____ , secured by:

( X )   (a)   $ 10,000.00 _____ , in cash deposited with the court.

( )   (b)   the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( )   (c)   a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)    all owners of the property securing this appearance bond are included on the bond;

(2)    the property is not subject to claims, except as described above; and

(3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:    04/06/2026

_____
Rodney Wright
*Surety/property owner – printed name*

_____
*Defendant's signature*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

### CLERK OF COURT

Date:    04/06/2026

s/ Vallonda Pettway
*Signature of Clerk or Deputy Clerk*

Approved.

Date:    04/06/2026

s/ Annie T. Christoff
*Judge's signature*

Case 2:26-mj-00007-atc     Document 39     Filed 04/07/26     Page 3 of 3     PageID 140
Case 3:26-mj-00328-BK     Document 25     Filed 04/08/26     Page 8 of 20     PageID 140
Generated: Apr 8, 2026 9:00AM                                                    Page 1/1



# U.S. District Court

## Tennessee Western - Memphis

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: Apr 7, 2026 3:22PM

RODNEY LAMONT WRIGHT
7796 Thunderstone Cir E
Memphis , Tennessee 38125

Rcpt. No: 200008724          Trans. Date: Apr 7, 2026 3:22PM          Cashier ID: #DC (7293)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 701 | Treasury Registry | DTNW226MJ000007 /002<br>Rodney Wright Jr | 1 | 10000.00 | 10000.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CA | Cash | | $10,000.00 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $10,000.00 |
| Total Tendered: | $10,000.00 |
| Total Cash Received: | $10,000.00 |

**RECEIPT AMENDED** by staff #7293 4/8/2026 8:53 AM
**AMENDMENT VERIFIED** by staff #3050 4/8/2026 8:56 AM
**Correction Reason**: 03) Incorrect Case/Party Number

Questions/Comments: Please contact USDC-TN Western (Memphis) at 901.495.1200.

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
### for the
Western District of Tennessee

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2:26-mj-00007-atc-2 |
| Rodney Wright Jr. | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Rodney Wright Jr. _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )    to appear for court proceedings;
( X )    if convicted, to surrender to serve a sentence that the court may impose; or
( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(    ) (1)  This is a personal recognizance bond.

(    ) (2)  This is an unsecured bond of $ _____ .

( X ) (3)  This is a secured bond of $ 100,000.00 _____ , secured by:

( X )  (a) $ 10,000.00 _____ , in cash deposited with the court.

(    )  (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

(    )  (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

Page 2

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)    all owners of the property securing this appearance bond are included on the bond;

(2)    the property is not subject to claims, except as described above; and

(3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:    04/06/2026

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

*CLERK OF COURT*

Date:    04/06/2026

s/ Vallonda Pettway
_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date:    04/06/2026

s/ Annie T. Christoff
_____
*Judge's signature*

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                      Page 1 of _____ Pages

# UNITED STATES DISTRICT COURT
### for the
Western District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   2:26-mj-00007-atc-2 |
| Rodney Wright Jr. | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                                            *Place*

on _____
                                          *Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

Case 2:26-mj-00007-atc   Document 42   Filed 04/06/26   Page 4 of 6   PageID 130
Case 3:26-mj-00328-BK   Document 25   Filed 04/08/26   Page 12 of 20   PageID 144

AO 199B (Rev. 12/20) Additional Conditions of Release

Page ___ of ___ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____
*Custodian*  *Date*

( ☑ )  (7)  The defendant must:
( ☑ )  (a)  submit to supervision by and report for supervision to the   Pretrial Services Office _____ ,
telephone number   901-495-1550   , no later than   24 hours from release from custody   .
( ☑ )  (b)  continue or actively seek employment.
( ☐ )  (c)  continue or start an education program.
( ☐ )  (d)  surrender any passport to:   WESTERN DISTRICT OF TENNESSEE COURT CLERKS OFFICE.
( ☑ )  (e)  not obtain a passport or other international travel document.
( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel:   work,travel and living is restricted to the Western District of Tennessee and Northern District of Dallas,  without the prior approval of the Pretrial Services Office.
( ☑ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:   co defendants.

( ☐ )  (h)  get medical or psychiatric treatment: _____

( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☑ )  (k)  not possess a firearm, destructive device, or other weapon.
( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.
( ☑ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☑ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ☑ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( ☑ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
( ☑ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
( ☐ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions.  However, you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20)  Additional Conditions of Release                                          Page ___ of ___ Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☑ )  (q)  submit to the following location monitoring technology and comply with its requirements as directed:
      ( ☑ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
      ( ☐ ) (ii)   Voice Recognition; or
      ( ☐ ) (iii)  Radio Frequency; or
      ( ☐ ) (iv)  GPS.

( ☐ )  (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ )  (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ )  (t)  _____

AO 199C  (Rev. 09/08)  Advice of Penalties                                          Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)  any other felony –  you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)  a misdemeanor –  you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

_____ Memphis TN
City and State

### Directions to the United States Marshal

( ✓ )  The defendant is ORDERED released after processing.
(    )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____4/6/2026_____          s/ Annie T. Christoff
                                        _____
                                        *Judicial Officer's Signature*

                      ANNIE T. CHRISTOFF, UNITED STATES MAGISTRATE JUDGE
                                        _____
                                        *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | Case No. 2:26-mj-0007-atc |
| **RODNEY WRIGHT, JR.** | (NDTX Case No. 3:26-mj-00328-BK) |

### NOTICE OF NORTHERN DISTRICT OF TEXAS'S DECISION TO STAY RELEASE OF RODNEY WRIGHT, JR.

COMES NOW, the United States, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee, and Gregory A. Wagner, Assistant United States Attorney, to provide notice of the Honorable U.S. District Judge Ed Kinkeade of the Northern District of Texas's decision to stay the pretrial release of Rodney Wright, Jr.  I have attached a copy of said order as an exhibit to this filing.

Respectfully Submitted,

D. MICHAEL DUNAVANT
United States Attorney

s/ *Gregory A. Wagner*
Gregory A. Wagner
Assistant United States Attorney
167 N. Main, Suite 800
Memphis, Tennessee 38103
(901) 544-4231

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:26-MJ-328-BK |
| v. | |
| RODNEY WRIGHT JR. (03) | |

### ORDER ON GOVERNMENT'S AMENDED
### REQUEST TO STAY PRETRIAL RELEASE ORDER

Before the Court is the Government's Amended Notice of Motion and Request to Stay Pretrial Release Order (Doc. No. 20) and additional attachment (Doc. No. 21) (together, the "Notice"). The Government states that it intends to file a motion to revoke the order releasing Defendant Lontrell Williams, Sr. ("Defendant") on pretrial conditions. Doc. No. 20 at 1. The Government asks the Court to stay the release order until its motion to revoke can be decided. *Id.* Having carefully considered the Notice, the Court **GRANTS** the Government's request to stay the pretrial release order.

On March 30, 2026, Defendant was charged by criminal complaint in the Northern District of Texas with kidnapping in violation of 18 U.S.C. § 1201(a) and (c). *See generally* Doc. No. 1. Defendant was arrested in the Western District of Tennessee and, on that same day, made his initial appearance before the United States Magistrate Judge in case number 2:26-MJ-0007 (W.D. Tenn.). The Government moved to detain Defendant pending trial. Doc. No. 6. A hearing on the detention motion was held by that Magistrate Judge on April 3, 2026, and then continued to

**Order Granting Stay—Page 1**

April 6, 2026, after which the Magistrate Judge issued an order setting conditions of release (the "Release Order") for Defendant.  *See* Doc. No. 21; 2:26-MJ-0007 (W.D. Tenn.), Doc. No. 38.

The Court **ORDERS** that the Release Order as to Defendant Rodney Wright Jr. is **STAYED** until such time as this Court determines the Government's motion to revoke the Release Order or until otherwise ordered by the Court.

The Court further **ORDERS** the United States Marshal's Service to transport Defendant Rodney Wright Jr. **forthwith** to the Dallas Division of the Northern District of Texas, where he shall remain in custody pending further order of this Court.

The Government shall file its motion to revoke **by April 13, 2026**.  Defendant shall file his response **by April 20, 2026**.

**SO ORDERED.**

Signed April 7th, 2026.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:26-mj-00007-atc |
| | ) | |
| RODNEY WILLIAMS JR | ) | Charging District:     Northern District of Texas |
| *Defendant* | ) | Charging District's Case No.  3:26-mj-328BK |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Texas Northern District Court Earle Cabell US Courthouse 1100 Commerce Street, Room 1452 Dallas, TX 75242-1310 | Courtroom No.:  To be Set by Court |
|---|---|
| | Date and Time: |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:     04/06/2026                                          s/ Annie T. Christoff
                                                              *Judge's signature*

                                         ANNIE T. CHRISTOFF, US MAGISTRATE JUDGE
                                                    *Printed name and title*

**UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISIONAL OFFICE
ODELL HORTON FEDERAL BUILDING
and UNITED STATES COURTHOUSE
167 N. MAIN STREET, ROOM 262
MEMPHIS, TENNESSEE 38103**

WENDY OLIVER,                                                    JASON KADZBAN
CLERK OF COURT                                              CHIEF DEPUTY, MEMPHIS

April 6 , 2026

Clerk, U. S. District Court
Northern District of Texas

RE:    USA v. Rodney Wright Jr.
       Your Case #    **3:26-mj-328BK**
       Our Case # **2:26-mj-00007-atc**

Dear Clerk:

        Please be advised that the above referenced defendant was arrested in the Western District of Tennessee (Memphis) on a warrant issued by the Northern District of Texas and appeared before Chief United States Magistrate Judge Annie T Christoff on April 6, 2026.

[   ]    The defendant has been detained and remanded to the custody of the United States Marshal for transport.

[ **x** ]    The defendant has been released on a $100,000.00 secured by 10% $10,000.00 bond and ordered to appear in your district on the following date: TBD. Government motioned for case to be stayed. The court granted the Governments request.

All documents completed in this district may be accessed via PACER and at our website at: https://ecf.tnwd.uscourts.gov.

                                               Thank you,

                                               WENDY OLIVER, CLERK

                                               BY:    s/ Vallonda Pettway
                                                      Vallonda Pettway, Case Manager
                                                      (901) 495-1254

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ TENNESSEE

UNITED STATES OF AMERICA

V.

Williams et al.

## EXHIBIT AND WITNESS LIST

Case Number:   2:26-mj-00007-atc

| PRESIDING JUDGE ANNIE T. CHRISTOFF | | | | | PLAINTIFF'S ATTORNEY GREG WAGNER | DEFENDANT'S ATTORNEY H. WAGGERMAN (SEE DOCKET) |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 4/3/26 - 4/7/26 ID REMOVAL/DET/PC/ | | | | | COURT REPORTER JVR | COURTROOM DEPUTY V. PETTWAY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| X | | 4/3/2026 | | | MARCELLUS HOBBS (SPECIAL AGENT) | |
| 1 | X | 4/3/2026 | X | X | PHOTOS OF FIREARMS | |
| | X | 4/3/2026 | | | KAYRON JONES | |
| | X | 4/3/2026 | | | DELVIN LANE | |
| | X | 4/3/2026 | | | CARLOS MILES | |
| | X | 4/3/2026 | | | CARNESHA RHODES | |
| 2 | | 4/6/2026 | X | X | AFFIDAVIT OF COMPLAINT AS TO RODNEY WILLIAMS | |
| | X | 4/6/2026 | | | RODNEY WRIGHT SR. | |
| | X | 4/6/2026 | | | KAMARIO BROWN | |
| 3 | | 4/6/2026 | | | AFFIDAVIT OF COMPLAINT AS TO DEMARIAN GIPSON | |
| | X | 4/6/2026 | | | JERVI DAVIS | |
| | X | 4/6/2026 | | | ZAMIYA WARD | |
| | 4 | 4/6/2026 | X | X | LETTER | |
| | 5 | 4/6/2026 | X | X | MEMPHIS ALLIES PACKET | |
| 6 | | 4/6/2026 | X | X | AFFIDAVIT OF COMPLAINT AS TO DARRION MCDANIEL | |
| | X | 4/6/2026 | | | BRANDON MCDANIEL | |
| 7 | | 4/7/2026 | X | X | AFFIDAVIT OF COMPLAINT AS TO KORDAE JOHNSON | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages