Query    Reports    Utilities    Help    What's New    Log Out

# U.S. District Court
## Western District of Tennessee (Memphis)
## CRIMINAL DOCKET FOR CASE #: 2:26-mj-00007-atc-5

Case title: USA v. Williams Sr et al                    Date Filed: 04/01/2026

Assigned to: Magistrate Judge Annie T.
Christoff

**Defendant (5)**

| | | |
|---|---|---|
| **Damarian Gipson** | represented by | **FPD**<br>FEDERAL PUBLIC DEFENDER<br>200 Jefferson Ave.<br>Ste. 200<br>Memphis, TN 38103<br>901-544-3895<br>Fax: 901-544-4355<br>Email: TNW.FPD@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or*<br>*Community Defender Appointment* |
| | | **Mary Catherine Jermann-Robinson**<br>FEDERAL PUBLIC DEFENDER-<br>Memphis<br>200 Jefferson Avenue<br>Suite 200<br>Memphis, TN 38103<br>901-544-3895<br>Fax: 901-544-4355<br>Email: mary_jermann@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Pending Counts**                                      **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                   **Disposition**

None

## Highest Offense Level (Terminated)

None

| Complaints | Disposition |
|---|---|
| None | |

---

## Plaintiff

| United States of America | represented by | **Gregory Wagner**<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
|---|---|---|

[ Email Attorneys, Primary Addresses ]
[ Email Attorneys, Primary and Secondary Addresses ]

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2026 | 1 | RULE 5 DOCUMENTS as to Lontrell Williams Sr, Rodney Wright Jr., Darrion McDaniel, Kordae Johnson, Damarian Gipson. Signed by Magistrate Judge Annie T. Christoff on 04/01/2026. (vup) (Entered: 04/01/2026) |
| 04/01/2026 | 6 | Arrest Warrant Returned Executed on 04/01/2026 as to Damarian Gipson. (vup) (Entered: 04/02/2026) |
| 04/01/2026 | 7 | Minute Entry for proceedings held before Magistrate Judge Annie T. Christoff: Initial Appearance on complaint in Rule 5 Proceedings as to Lontrell Williams Sr, Rodney Wright Jr., Darrion McDaniel, Kordae Johnson, Damarian Gipson held on 4/1/2026. Greg Wagner appeared for the Government. Government's Oral Motion to unseal case is Granted. Justin Gee appeared for Lontrell Williams Sr on behalf of Howard Waggerman. Federal Defender appeared for Damarian Gipson and all others in Limited capacity. Defendants in custody and present in court. The Court read the charges to the defendants and advised them of their rights. Lontrell Williams Sr. retained Howard Waggerman. Defendant Damarian Gipson's request for court appointed counsel is granted. The Court appointed the FPD to Damarian Gipson and CJA counsel Genna Lutz to Darrion McDaniel. Defendant's Rodney Wright and Kordae Johnson notified the court they would retain counsel. Government seeks detention. ID/ Removal/PC/ Detention Hearing set for Friday, 4/3/2026 at 2:00 PM in Courtroom 5 - Memphis before Magistrate Judge Annie T. Christoff.. Temporary Order of Detention entered. Defendants remanded into the custody of the USM. (Tape #JVR.) (vup) (Entered: 04/02/2026) |
| 04/01/2026 | | Case unsealed as to Lontrell Williams Sr, Rodney Wright Jr., Darrion McDaniel, Kordae Johnson, Damarian Gipson. (vup) (Entered: 04/02/2026) |
| 04/01/2026 | 9 | Financial Affidavit by Damarian Gipson. (vup) (Entered: 04/02/2026) |
| 04/01/2026 | 11 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Damarian Gipson. Signed by Magistrate Judge Annie T. Christoff on 04/01/2026. (vup) (Entered: |

| | | |
|---|---|---|
| | | 04/02/2026) |
| 04/01/2026 | 13 | TEMPORARY ORDER OF DETENTION as to Lontrell Williams Sr, Rodney Wright Jr., Darrion McDaniel, Kordae Johnson, Damarian Gipson ID/REMOVAL/PC/ DETENTION HEARING set for Friday, 4/3/2026 at 2:00 PM in Courtroom 5 - Memphis before Magistrate Judge Annie T. Christoff. Signed by Magistrate Judge Annie T. Christoff on 4/1/2026. (vup) (Entered: 04/02/2026) |
| 04/02/2026 | 12 | NOTICE OF ATTORNEY APPEARANCE: Mary Catherine Jermann-Robinson appearing for Damarian Gipson (Jermann-Robinson, Mary) (Entered: 04/02/2026) |
| 04/02/2026 | 15 | PRETRIAL SERVICES REPORT as to Damarian Gipson. (Dunnam, Summer) (Entered: 04/02/2026) |
| 04/03/2026 | 19 | *** Sealed document request for (document(s): 6 , 1 , 15 ) <br><br>**Deliver via Memphis Office Pickup** <br><br>(Jermann-Robinson, Mary) (Entered: 04/03/2026) |
| 04/03/2026 | 20 | *** Sealed document request - response for (document(s): 19 *** Sealed document request for (document(s): 6 , 1 , 15 ) <br><br>**Deliver via Memphis Office Pickup** <br><br>(Jermann-Robinson, Mary) ). <br><br>**Document(s) are available for pickup at the Memphis Office via Paper Printout.** <br><br>(jae) (Entered: 04/03/2026) |
| 04/03/2026 | 34 | Minute Entry for proceedings held before Magistrate Judge Annie T. Christoff: ID/ Removal/ PC/ Detention Hearing as to Rodney Wright Jr., Darrion McDaniel, Damarian Gipson held on 4/3/2026. Greg Wagner appeared for the Government. Murray Wells appeared on behalf of Mr. Wright, Jenna Lutz as to Mr. McDaniel, and Mary Catherine Jermann Robinson as to Mr. Gibson. Defendant in custody and present in court. Defense counsel waived matter of Identity as to Wright, McDaniel and Gibson. The court heard witnesses and testimony as to Lontrell Williams Sr and found probable cause on all Defendants excluding Kordae Johnson. Removal/PC/ Detention Hearing continued for Monday 4/6/2026 at 2:00 PM in Courtroom 5 - Memphis before Magistrate Judge Annie T. Christoff. Temporary Order of Detention entered. Defendant remanded into the custody of the USM. (Tape #JVR.) (vup) (Entered: 04/07/2026) |
| 04/03/2026 | 37 | ORDER as to Damarian Gipson. Signed by Magistrate Judge Annie T. Christoff on 4/3/2026. (vup) (Entered: 04/07/2026) |
| 04/03/2026 | 38 | TEMPORARY ORDER OF DETENTION as to Rodney Wright Jr., Darrion McDaniel, Damarian Gipson Removal/ PC/ Detention Hearing set for Monday, 4/6/2026 at 2:00 PM in Courtroom 5 - Memphis before Magistrate Judge Annie T. Christoff. Signed by Magistrate Judge Annie T. Christoff on 4/3/2026. (vup) (Entered: 04/07/2026) |
| 04/06/2026 | 51 | Minute Entry for proceedings held before Magistrate Judge Annie T. Christoff: Removal, PC/Detention Hearing as to Damarian Gipson held on 4/6/2026. Greg Wagner appeared for the Government. Mary Catherine Jermann Robinson appeared for the Defense. Defendant in custody and present in court. Governments proof/sworn witnesses: None. Exhibits Entered #3. Defendants proof/sworn witnesses: Jervis Davis, |

| | | |
|---|---|---|
| | | Memphis Allies; Zamiya Ward, Girlfriend. Exhibits entered #4 and #5. At the conclusion of the hearing, the Court Denied Bail and ordered the Defendant detained. Defendant remanded to the Northern District of Texas. Order of Detention entered. Order of Removal entered. Commitment to Another District entered. Defendant remanded to the custody of the USM. (Tape #JVR.) (vup) (Entered: 04/08/2026) |
| 04/06/2026 | 52 | ORDER OF DETENTION as to Damarian Gipson. Signed by Magistrate Judge Annie T. Christoff on 4/6/2026. (vup) (Entered: 04/08/2026) |
| 04/06/2026 | 53 | ORDER OF REMOVAL as to Damarian Gipson. Signed by Magistrate Judge Annie T. Christoff on 4/6/2026. (vup) (Entered: 04/08/2026) |
| 04/06/2026 | 54 | COMMITMENT TO ANOTHER DISTRICT as to Damarian Gipson. Defendant committed to District of NORTHERN DISTRICT OF TEXAS.. Signed by Magistrate Judge Annie T. Christoff on 4/6/2026. (vup) (Entered: 04/08/2026) |
| 04/06/2026 | 55 | RULE 5 LETTER as to Damarian Gipson. Signed by Magistrate Judge Annie T. Christoff on 4/6/2026. (vup) (Entered: 04/08/2026) |
| 04/07/2026 | 43 | NOTICE *of NORTHERN DISTRICT OF TEXAS'S DECISION TO STAY RELEASE ORDER OF RODNEY WRIGHT, JR.* by United States of America as to Lontrell Williams Sr, Rodney Wright Jr., Darrion McDaniel, Kordae Johnson, Damarian Gipson (Attachments: # 1 Exhibit Release Stay Order)(Wagner, Greg) (Entered: 04/07/2026) |
| 04/07/2026 | 61 | EXHIBIT LIST as to Lontrell Williams Sr, Rodney Wright Jr., Darrion McDaniel, Kordae Johnson, Damarian Gipson. (vup) (Entered: 04/08/2026) |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

**UNITED STATES OF AMERICA**

**-vs-**                                                          **Case No.     2:26-mj-00007-atc**

**DAMARIAN GIPSON,**


**ORDER APPOINTING COUNSEL PURSUANT TO**
**THE CRIMINAL JUSTICE ACT**


This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. 3006A):

**APPOINTMENT OF COUNSEL**

-       The Federal Public Defender is appointed as counsel for the Defendant.

**TYPE OF APPOINTMENT**

-       Rule 5 Proceedings in this District

**DONE** and **ORDERED** in 167 North Main, Memphis, this 1st   day of April 2026.


                                        s/ Annie T. Christoff
                                        ANNIE T. CHRISTOFF
                                        UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                                                    Cr. No. 26-MJ-00007-ATC

DAMARIAN GIPSON,

       Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that the below signed counsel, herein enters her appearance as counsel of record on behalf of the above styled defendant in this cause. **Please remove the FPD's name from the distribution list**.

This 2nd day of April, 2026.

s/ MARY C. JERMANN-ROBINSON
Assistant Federal Defender
200 Jefferson Avenue, Suite 200
Memphis, TN 38103
(901) 544-3895

CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Notice of Appearance has been forwarded by electronic means via the Court's electronic filing system to Mr. Gregory Wagner, U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103, this 2nd day of April, 2026.

s/ MARY C. JERMANN-ROBINSON
Assistant Federal Defender

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

**UNITED STATES OF AMERICA**

**Case No  :   2:26-mj-00007-atc**

**-vs-**

**Lontrell Williams Sr**
**Rodney Wright Jr.**
**Darrion McDaniel**
**Kordae Johnson**
**Damarian Gipson,**

_____

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING[1] PURSUANT TO**
**BAIL REFORM ACT**

Upon motion of the Government, it is **ORDERED** that a **ID/ REMOVAL/PC/DETENTION HEARING set** for **FRIDAY, APRIL 3, 2026, at 2:00 p.m. CTR# 5 before United States Magistrate Judge ANNIE T. CHRISTOFF.**

Pending this hearing, the defendants shall be held in custody by the United States Marshal and produced for the hearing.

Date: April 1, 2026.

s/ Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

---

[1]If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant.  18 U.S.C. ' 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. ' 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
Western District of Tennessee

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.   2:26-mj-00007-atc |
| Damarian Gipson ) | |
| ) | Charging District's Case No.   3:26-mj-328BK |
| _____ ) | |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   __Northern District of Texas__

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)    a hearing on any motion by the government for detention;

(6)    request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☐    a detention hearing.

☐    an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   __04/03/2026__                        _____
                                                                        *Defendant's signature*

                                                             _____
                                                                  *Signature of defendant's attorney*

                                                             _____
                                                              *Printed name of defendant's attorney*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

**UNITED STATES OF AMERICA**

**-vs-**

**Case No  : 2:26-mj-00007-atc-**

**Rodney Wright Jr**
**Darrion McDaniel**
**Damarian Gipson,**

_____

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING[1] PURSUANT TO**
**BAIL REFORM ACT**

**Upon motion of the Government, it is ORDERED that a REMOVAL/PC/DETENTION HEARING set for MONDAY, APRIL 6, 2026, at 2:00 p.m. CTR# 5 before United States Magistrate Judge ANNIE T. CHRISTOFF.** Pending this hearing, the defendants shall be held in custody by the United States Marshal and produced for the hearing.

Date: April 3, 2026.

s/ Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

---

[1]If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant.  18 U.S.C. ' 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. ' 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | Case No. 2:26-mj-0007-atc |
| **RODNEY WRIGHT, JR.** | (NDTX Case No. 3:26-mj-00328-BK) |

**NOTICE OF NORTHERN DISTRICT OF TEXAS'S DECISION TO STAY RELEASE
OF RODNEY WRIGHT, JR.**

COMES NOW**,** the United States, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee, and Gregory A. Wagner, Assistant United States Attorney, to provide notice of the Honorable U.S. District Judge Ed Kinkeade of the Northern District of Texas's decision to stay the pretrial release of Rodney Wright, Jr.  I have attached a copy of said order as an exhibit to this filing.

Respectfully Submitted,

D. MICHAEL DUNAVANT
United States Attorney

s/ *Gregory A. Wagner*
Gregory A. Wagner
Assistant United States Attorney
167 N. Main, Suite 800
Memphis, Tennessee 38103
(901) 544-4231

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:26-MJ-328-BK |
| v. | |
| RODNEY WRIGHT JR. (03) | |

### ORDER ON GOVERNMENT'S AMENDED
### REQUEST TO STAY PRETRIAL RELEASE ORDER

Before the Court is the Government's Amended Notice of Motion and Request to Stay Pretrial Release Order (Doc. No. 20) and additional attachment (Doc. No. 21) (together, the "Notice"). The Government states that it intends to file a motion to revoke the order releasing Defendant Lontrell Williams, Sr. ("Defendant") on pretrial conditions. Doc. No. 20 at 1. The Government asks the Court to stay the release order until its motion to revoke can be decided. *Id.* Having carefully considered the Notice, the Court **GRANTS** the Government's request to stay the pretrial release order.

On March 30, 2026, Defendant was charged by criminal complaint in the Northern District of Texas with kidnapping in violation of 18 U.S.C. § 1201(a) and (c). *See generally* Doc. No. 1. Defendant was arrested in the Western District of Tennessee and, on that same day, made his initial appearance before the United States Magistrate Judge in case number 2:26-MJ-0007 (W.D. Tenn.). The Government moved to detain Defendant pending trial. Doc. No. 6. A hearing on the detention motion was held by that Magistrate Judge on April 3, 2026, and then continued to

**Order Granting Stay—Page 1**

April 6, 2026, after which the Magistrate Judge issued an order setting conditions of release (the "Release Order") for Defendant.  *See* Doc. No. 21; 2:26-MJ-0007 (W.D. Tenn.), Doc. No. 38.

The Court **ORDERS** that the Release Order as to Defendant Rodney Wright Jr. is **STAYED** until such time as this Court determines the Government's motion to revoke the Release Order or until otherwise ordered by the Court.

The Court further **ORDERS** the United States Marshal's Service to transport Defendant Rodney Wright Jr. **forthwith** to the Dallas Division of the Northern District of Texas, where he shall remain in custody pending further order of this Court.

The Government shall file its motion to revoke **by April 13, 2026**.  Defendant shall file his response **by April 20, 2026**.

**SO ORDERED.**

Signed April 7th, 2026.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

AO 472 (Rev. 1/25) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT
### for the

WESTERN    District of    TENNESSEE

| | |
|---|---|
| United States of America<br>v.<br><br>Damarian Gipson<br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.    2:26-mj-00007-atc-5

## ORDER OF DETENTION PENDING TRIAL

### Part I - Eligibility for Detention

Upon the

☐ **A.** Motion of the Government for a detention hearing pursuant to 18 U.S.C. § 3142(f)(1) because the defendant is charged with:

    ☑ **(1)** a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in l8 U.S.C. **(2)** 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed; **or**

    ☐ **(2)** an offense for which the maximum sentence is life imprisonment or death; **or**

    ☐ **(3)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801–904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951–971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501–70508); **or**

    ☐ **(4)** any felony if such person has been convicted of two or more offenses described in Subparagraphs (1) through (3) of this paragraph or two or more of such offenses if a circumstance giving rise to federal jurisdiction had existed, or a combination thereof; **or**

    ☐ **(5)** any felony that is not otherwise a crime of violence but involves **(a)** a minor victim; **(b)** the possession of a firearm or destructive device (as defined in 18 U.S.C. § 921); **(c)** any other dangerous weapon; or **(d)** a failure to register under 18 U.S.C. § 2250;

    **OR**

☐ **B.** Motion of the Government or the Court's own motion for a detention hearing pursuant to 18 U.S.C. § 3142(f)(2) because the case involves:

    ☐ **(1)** a serious risk that the defendant will flee if released; **or**

    ☐ **(2)** a serious risk that the defendant will obstruct or attempt to obstruct justice or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror if released.

The Court found that the Government established one or more of the factors above, held a detention hearing, and found that detention is warranted. This order sets forth the Court's findings of fact and conclusions of law, as required by 18 U.S.C. § 3142(i), in addition to any other findings made at the hearing.

AO 472 (Rev. 1/25) Order of Detention Pending Trial

## Part II - Findings of Fact and Law as to Presumptions under § 3142(e)

☐ **A. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(2)** *(previous violator)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community because the following conditions have been met:

  ☐ **(1)** the defendant is charged with one of the following crimes described in 18 U.S.C. § 3142(f)(1):

    ☐ **(a)** a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed; **or**

    ☐ **(b)** an offense for which the maximum sentence is life imprisonment or death; **or**

    ☐ **(c)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801–904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951–971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501–70508); **or**

    ☐ **(d)** any felony if such person has been convicted of two or more offenses described in subparagraphs

    (a) through (c) of this paragraph, or two or more State or local offenses that would have been offenses described in subparagraphs (a) through (c) of this paragraph if a circumstance giving rise to federal jurisdiction had existed, or a combination of such offenses; **or**

    ☐ **(e)** any felony that is not otherwise a crime of violence that involves:

    **(i)** a minor victim; **(ii)** the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921); **(iii)** any other dangerous weapon; or **(iv)** a failure to register under 18 U.S.C. § 2250; **and**

  ☐ **(2)** the defendant has been convicted of a federal offense that is described in 18 U.S.C. § 3142(f)(1), or of a State or local offense that would have been such an offense if a circumstance giving rise to federal jurisdiction had existed; **and**

  ☐ **(3)** the offense described in paragraph (2) above for which the defendant has been convicted was committed while the defendant was on release pending trial for a federal, State, or local offense; **and**

  ☐ **(4)** a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for the offense described in paragraph (2) above, whichever is later.

☐ **B. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(3)** *(narcotics, firearm, other offenses)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because there is probable cause to believe that the defendant committed one or more of the following offenses:

  ☐ **(1)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801–904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951–971), or Chapter 705 of Title 46 (46 U.S.C. §§ 70501–70508);

  ☐ **(2)** an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

  ☐ **(3)** an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

  ☐ **(4)** an offense under Chapter 77 of Title 18 (18 U.S.C. §§ 1581–1597) for which a maximum term of imprisonment of 20 years or more is prescribed; **or**

  ☐ **(5)** an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

☐ **C. Application of Any Presumption Established Above**

  ☐ The defendant has not rebutted the presumption.
  **OR**
  ☐ The defendant has rebutted the presumption.

AO 472 (Rev. 1/25) Order of Detention Pending Trial

**Part III - Analysis and Statement of the Reasons for Detention**

After considering any applicable presumption, the nature and circumstances of the defendant's alleged conduct, the defendant's history and characteristics, the other factors set forth in 18 U.S.C. § 3142(g), the information presented at the detention hearing, and the available conditions of release under 18 U.S.C. § 3142(c), the Court concludes that the defendant must be detained pending trial because the Government has proven:

☑ By clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

☑ By a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the defendant's appearance as required.

The reasons for detention include the following checked items (*After this list, add any additional items or explanations as needed to comply with the requirement for a written statement of reasons under 18 U.S.C. § 3142(i).*):

☑ The offense charged is a crime of violence, a violation of § 1591, a federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device.
☐ Weight of evidence against the defendant is strong.
☐ Subject to lengthy period of incarceration if convicted.
☐ Lack of significant family or other ties to the community.
☐ Significant family or other ties outside the United States.
☐ Lack of legal status in the United States.
☐ Subject to removal or deportation after serving any period of incarceration.
☐ Lack of stable residence.
☐ Lack of stable employment.
☐ Lack of financially responsible sureties.
☐ Prior attempt(s) to evade law enforcement.
☐ Use of alias(es) or false documents.
☑ History of alcohol or substance abuse.
☑ Prior criminal history.
☑ History of violence or use of weapons.
☑ Prior violations of probation, parole, or supervised release.
☑ Prior failure to appear in court as ordered.
☑ On probation, parole, and/or release pending trial, sentence appeal, or completion of the sentence at the time of the alleged offense.
☑ Participation in criminal activity while on probation, parole, or supervision.
☐ The defendant's release poses serious danger to any person or the community.

OTHER REASONS OR FURTHER EXPLANATION:

AO 472 (Rev. 1/25) Order of Detention Pending Trial

**Part IV - Directions Regarding Detention**

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date: _____4/6/2026_____          ___s/ Annie T. Christoff___

                                            U.S. Magistrate Judge

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

**UNITED STATES OF AMERICA**

$\qquad$ **2:26-mj-00007-atc-5**

**-vs-**

 **DEMARIAN GIPSON,**

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 40, FED.R.CRIM.P.

**DEMARIAN GIPSON** having been arrested and presented before me for removal

proceedings pursuant to Rule 40, Federal Rules of Criminal Procedure, and having been informed of the

rights specified in Rule 5 (c) thereof, and of the provisions of Rule 20, the following has occurred of

record.

An ID/REMOVAL/ DETENTION on the Rule 40 Indictment from **WESTERN DISTRICT OF TENNESSEE** was held on Monday, April 6, 2026**.**

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that  DEMARIAN GIPSON **is** the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that  **DEMARIAN GIPSON** held to answer in the district court in which the

prosecution is pending.

**DONE** and **ORDERED** in Chambers in Tennessee this 6th day of April 2026.

$\underline{\text{s/ Annie T. Christoff}}$
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   2:26-mj-00007-atc-5 |
| | ) | |
| Damarian Gipson | ) | Charging District's |
| *Defendant* | ) | Case No.   3:26-mj-328BK |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the    NORTHERN    District of   TEXAS             ,

*(if applicable)*   DALLAS             division.  The defendant may need an interpreter for this language:

_____ .

The defendant:    ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:       04/06/2026              

s/ Annie T. Christoff

*Judge's signature*

ANNIE T. CHRISTOFF, U. S.  MAGISTRATE JUDGE

*Printed name and title*

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**ODELL HORTON FEDERAL BUILDING**
**and UNITED STATES COURTHOUSE**
**167 N. MAIN STREET, ROOM 262**
**MEMPHIS, TENNESSEE 38103**

WENDY OLIVER,                                                          JASON KADZBAN
CLERK OF COURT                                              CHIEF DEPUTY, MEMPHIS

April 6 , 2026

Clerk, U. S. District Court
Northern District of Texas

RE:     USA v. Damarian Gipson
        Your Case #   **3:26-mj-328BK**
        Our Case # **2:26-mj-00007-atc**

Dear Clerk:

        Please be advised that the above referenced defendant was arrested in the Western District of Tennessee (Memphis) on a warrant issued by the Northern District of Texas and appeared before Chief United States Magistrate Judge Annie T Christoff on April 6, 2026.

[ x ]   The defendant has been detained and remanded to the custody of the United States Marshal for transport.

[   ]   The defendant has been released on a $100,000.00 secured by 10% $10,000.00 bond and ordered to appear in your district on the following date: TBD. Government motioned for case to be stayed. The court granted the Governments request.

All documents completed in this district may be accessed via PACER and at our website at: https://ecf.tnwd.uscourts.gov.

                                                Thank you,

                                                WENDY OLIVER, CLERK

                                                BY:     s/ Vallonda Pettway
                                                        Vallonda Pettway, Case Manager
                                                        (901) 495-1254

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ TENNESSEE

| UNITED STATES OF AMERICA | | | | | |
|---|---|---|---|---|---|

**EXHIBIT AND WITNESS LIST**

V.

Williams et al.

Case Number:   2:26-mj-00007-atc

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| ANNIE T. CHRISTOFF | | | GREG WAGNER | | H. WAGGERMAN (SEE DOCKET) |

| TRIAL DATE (S) | | | COURT REPORTER | | COURTROOM DEPUTY |
|---|---|---|---|---|---|
| 4/3/26 - 4/7/26 ID REMOVAL/DET/PC/ | | | JVR | | V. PETTWAY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 4/3/2026 | | | MARCELLUS HOBBS (SPECIAL AGENT) |
| 1 | X | 4/3/2026 | X | X | PHOTOS OF FIREARMS |
| | X | 4/3/2026 | | | KAYRON JONES |
| | X | 4/3/2026 | | | DELVIN LANE |
| | X | 4/3/2026 | | | CARLOS MILES |
| | X | 4/3/2026 | | | CARNESHA RHODES |
| 2 | | 4/6/2026 | X | X | AFFIDAVIT OF COMPLAINT AS TO RODNEY WILLIAMS |
| | X | 4/6/2026 | | | RODNEY WRIGHT SR. |
| | X | 4/6/2026 | | | KAMARIO BROWN |
| 3 | | 4/6/2026 | | | AFFIDAVIT OF COMPLAINT AS TO DEMARIAN GIPSON |
| | X | 4/6/2026 | | | JERVI DAVIS |
| | X | 4/6/2026 | | | ZAMIYA WARD |
| | 4 | 4/6/2026 | X | X | LETTER |
| | 5 | 4/6/2026 | X | X | MEMPHIS ALLIES PACKET |
| 6 | | 4/6/2026 | X | X | AFFIDAVIT OF COMPLAINT AS TO DARRION MCDANIEL |
| | X | 4/6/2026 | | | BRANDON MCDANIEL |
| 7 | | 4/7/2026 | X | X | AFFIDAVIT OF COMPLAINT AS TO KORDAE JOHNSON |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages